HSIANG "JAMES" H. LIN (SBN 241472)
jlin@techknowledgelaw.com
MICHAEL C. TING (SBN 247610)
mting@techknowledgelaw.com
KEN K. FUNG (SBN 283854)
kfung@techknowledgelaw.com
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA 94131
Telephone: (408) 646-1131

*Attorneys for Plaintiff*
MAP TOOL INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/24/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| MAP TOOL INC., <br><br> Plaintiff, <br><br> vs. <br><br> AZPEN INNOVATION, INC., ET AL., <br><br> Defendants. | Case No. 4:13-cv-04946-YGR <br><br> **NOTICE OF DISMISSAL OF DEFENDANT AZPEN INNOVATION, INC. (CHINA)** <br> AND VACATING THE 3/31/14 CASE MANAGEMENT CONFERENCE |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Map Tool Inc. ("Map Tool") voluntarily dismisses Defendant Azpen Innovation, Inc. (China) without prejudice.

Dated: March 17, 2014                    Respectfully submitted,

                         */s/ Michael C. Ting*
                         HSIANG "JAMES" H. LIN (SBN 241472)
                         jlin@techknowledgelaw.com
                         MICHAEL C. TING (SBN 247610)
                         mting@techknowledgelaw.com
                         KEN K. FUNG (SBN 283854)
                         kfung@techknowledgelaw.com

| | |
|---|---|
| 1 | TECHKNOWLEDGE LAW GROUP LLP |
| | 1521 Diamond Street |
| 2 | San Francisco, CA 94131 |
| | Telephone: (408) 646-1131 |
| 3 | |
| | *Attorneys for Plaintiff* |
| 4 | MAP TOOL INC. |